IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEROME STOKES,<br><br>              Plaintiff,<br><br>v.<br><br>JUDGE G. MICHAEL WESTFALL; OFFICER CAMERON MCCULLOUGH; OFFICER T. ATKIN; WASHINGTON COUNTY ATTORNEY'S OFFICE; MAYRA D. CASAS,<br><br>              Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:25-cv-00039-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

      The Report and Recommendation[1] issued by United States Magistrate Judge Paul Kohler on April 25, 2025, recommends that this case should be dismissed with prejudice as to Plaintiff's claims against Judge G. Michael Westfall, the Washington County Attorney's Office, and Ms. Casas and dismissed without prejudice as to Plaintiff's remaining claims.

      The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[2] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 8, filed April 25, 2025.

[2] *Id*.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and this case is DISMISSED WITH PREJUDICE as to Plaintiff's claims against Judge Westfall, the Washington County Attorney's Office, and Ms. Casas and WITHOUT PREJUDICE as to the remaining claims.

The Clerk is directed to close the case.

Signed June 23, 2025.

BY THE COURT

District Judge David Nuffer

---

[3] *Id*.